| | |
|---|---|
| STATE OF LOUISIANA | NO. 21-KA-262 |
| VERSUS | FIFTH CIRCUIT |
| GEORGE CEPRIANO, JR. | COURT OF APPEAL |
| | STATE OF LOUISIANA |

April 19, 2022

Alexis Barteet

Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Fredericka Homberg Wicker,
Robert A. Chaisson, and Hans J. Liljeberg

## <u>REHEARING DENIED</u>

**HJL**
**FHW**
**RAC**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS



Alexis Barteet
Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **04/19/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**21-KA-262**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Michael P. Mentz (District Judge)
Darren A. Allemand (Appellee)          Thomas J. Butler (Appellee)          Lieu T. Vo Clark (Appellant)

### MAILED
George Cepriano #18875 (Appellant)       Honorable Paul D. Connick, Jr. (Appellee)
Plaquemine Parish Detention              District Attorney
Center                                   Rebecca Kehoe (Appellee)
Post Office Box 67                       Zachary P. Popovich (Appellee)
Pointe à la Hache, LA 70082              Assistant District Attorneys
                                         Twenty-Fourth Judicial District
                                         200 Derbigny Street
                                         Gretna, LA 70053